# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2020

Bridget M. McCormack,
Chief Justice

161215

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANTHONY M. COURY,
      Plaintiff-Appellee,

v

      SC: 161215
      COA: 351548
      Oakland CC: 2019-172427-NO

IBRAHIM TAKLA,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 26, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



b1215

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



Clerk